UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SOULAYMANE KACHANI,                            :
                                               :
               Plaintiff,     :     **ECF CASE**
                                               :
     v.                              :
                                               :     07 Civ. 7319 (CM)
ALBERTO GONZALES, et al.                       :
                                               :
              Defendants.     :     NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:   Clerk of Court
        United States District Court
        Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
        September 7, 2007

                                                    Respectfully submitted,

                                                    MICHAEL J. GARCIA
                                                    United States Attorney for the
                                                    Southern District of New York

                                   By:   /s/_____
                                                    CAROLINA A. FORNOS
                                                    Assistant United States Attorney
                                                    86 Chambers Street, 3rd Floor
                                                    New York, New York 10007
                                                    Telephone: (212) 637-2740
                                                    Facsimile: (212) 637-2702
                                                    Email: carolina.fornos@usdoj.gov

TO:   Thomas E. Moseley, Esq.
        One Gateway Center, Suite 2600
        Newark, NJ 07102