```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07
```

THOMAS E. MOSELEY
ATTORNEY AT LAW
ONE GATEWAY CENTER
SUITE 2600
NEWARK  NEW JERSEY 07102-5397
973-622-8176

FACSIMILE 973-645-9493
973-622-3423

**MEMO ENDORSED**

October 5, 2007

By Fax

Honorable Colleen McMahon
United States District Judge
Daniel P. Moynihan Courthouse
500 Pearl Street
New York, New York 10007

*Conference rescheduled for Nov. 2, 2007 @ 10:45 am*
*Colleen McMahon 10/9/07*

Re:   Kachani v. Gonzales,
      07 Civ. 07319 (CM)—Extension Request

Dear Judge McMahon:

    With the consent of the Government, given today by Assistant United States Attorney Carolina A. Fornos, I would like to request an extension of the October 11, 2007 pretrial conference in this matter until a date after October 22, 2007, when the government's answer is due, given a scheduling conflict that I have with two previously scheduled matters in Immigration Court in Newark, New Jersey before the Honorable Dorothy Harbeck on October 11, 2007, Matter of Zimmerman, A78832585 and Matter of Samayoa, A73535993. In addition, opposing counsel Ms. Fornos has previously set plans to be outside the country until October 22, 2007 while the undersigned has been scheduled for oral argument before the United States Court of Appeals for the Fifth Circuit on November 5, 2007 in Martinez v. Attorney General, C/A Dkt. No. 06-60063

    The October 11, 2007 conference would be the parties' first appearance in this case and no prior extension has been requested.

Respectfully yours,

Thomas E. Moseley

cc    AUSA Carolina A. Fornos
       (By Fax:   212-637-2702)