```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOULAYMANE KACHANI (A98 367 429),

    Plaintiff,

v.

MICHAEL MUKASEY, Attorney General; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO GONZALEZ, Director, United States Citizenship & Immigration Services; ROBERT S. MUELLER, Director, Federal Bureau of Investigation; ANDREA QUARANTILLO, District Director, New York United States Citizenship & Immigration Services; DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, and, FEDERAL BUREAU OF INVESTIGATION,

    Defendants.

ECF

**STIPULATION AND ORDER OF DISMISSAL**

07 Civ. 7319 (CM)

WHEREAS United States Citizenship and Immigration Services has approved Plaintiff's permanent resident status;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is be, and hereby is, dismissed with prejudice without costs or attorney's fees to any party.

Dated: New York, New York
       November 16, 2007

LAW OFFICES OF
THOMAS E. MOSELEY

By: THOMAS E. MOSELEY, ESQ.
One Gateway Center-Suite 2600
Newark, NJ 07102
Tel: (973) 622-8176
Fax: (973) 645-9493
*Attorneys for Plaintiff*

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: CAROLINA A. FORNOS
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-2740
Fax: (212) 637-2702
*Attorneys for Defendants*

SO ORDERED:

_____
HON. COLLEN McMAHON
United States District Judge

11/16/07